1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SAILAJA M. PAIDIPATY (NYBN 5160007)
   Assistant United States Attorneys

5       450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6821
7       sailaja.paidipaty@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 19-0006 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING FROM MARCH 5, 2019, TO MARCH 19, 2019, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| GILBERT READ WEATHERBEE, | ) |
| Defendant. | ) |

The parties appeared before the Court on February 5, 2019, for an initial appearance in District Court. At that time, a further status was scheduled for March 5, 2019. The government has produced discovery and extended a tentative plea offer. The parties are arranging for a forensic evidence review next week.

In order to allow additional time for completion of the forensic review, the parties request that the March 5, 2019, hearing be continued to March 19, 2019 at 2:30 p.m. The parties agree and jointly request that the time between March 5, 2019, and March 19, 2019, should be excluded in order to provide reasonable time necessary for the continuity and effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice are served by granting the continuance

STIPULATION AND PROPOSED ORDER
CASE NO. CR 19-0006 RS

outweigh the best interests of the public and the defendant in a speedy trial.

SO STIPULATED:

DAVID L. ANDERSON
United States Attorney

DATED: February 28, 2019
\_\_\_\_\_/s/_____
SAILAJA M. PAIDIPATY
Assistant United States Attorneys

DATED: February 28, 2019
\_\_\_\_\_/s/_____
DANIEL BLANK
Attorney for the Defendant

STIPULATION AND PROPOSED ORDER
CASE NO. CR 19-0006 RS

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until March 19, 2019 at 2:30 p.m., and time is excluded until March 19, 2019.

DATED: 2/28/19

HON. RICHARD SEEBORG
United States District Judge

STIPULATION AND PROPOSED ORDER
CASE NO. CR 19-0006 RS