1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SAILAJA M. PAIDIPATY (NYBN 5160007)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6821
7      FAX: (415) 436-7234
       sailaja.paidipaty@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-0006 RS |
| Plaintiff, | ORDER REGARDING RESTITUTION PAYMENTS |
| v. | |
| GILBERT WEATHERBEE, | |
| Defendant. | |

Defendant, Gilbert Weatherbee, entered a plea of guilty to the only charge in the above-captioned indictment. At sentencing, this Court scheduled a further hearing regarding restitution in the case. The Court adopts the proposed restitution order recommended by the parties. *See* 18 U.S.C. Section 2259(a). IT IS HEREBY ORDERED that the total restitution owed by Defendant Weatherbee is $1,000. Payment should be made out to "Marsh Law Firm PPLC in trust for Jenny" and sent to the following address:

Marsh Law Firm PPLC
ATTN: Jenny
PO Box 4668, #65135
New York, New York 10163-4668

STIPULATION AND [PROPOSED] ORDER REGARDING RESTITUTION PAYMENTS
CR 19-0006 RS

1 | The restitution hearing scheduled for November 5, 2019 is hereby VACATED.
2 |
3 | IT IS SO ORDERED.
4 | DATED: 11/5/19

_____
HON. RICHARD SEEBORG
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER REGARDING RESTITUTION PAYMENTS
CR 19-0006 RS